# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150695

*In re* APPLICATION OF MICHIGAN ELECTRIC
TRANSMISSION COMPANY FOR
TRANSMISSION LINE

_____

CHARTER TOWNSHIP OF OSHTEMO,
     Appellant,

v

                                      SC: 150695
                                      COA: 317893

MICHIGAN ELECTRIC TRANSMISSION
COMPANY LLC,
     Petitioner-Appellee,

and

MICHIGAN PUBLIC SERVICE COMMISSION,
     Appellee.

SC: 150695
COA: 317893
MPSC No.: 00-017041

_____/

On order of the Court, the application for leave to appeal the November 18, 2014 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether the Electric Transmission Line Certification Act, 1995 PA 30, effective May 17, 1995, is consistent with the first sentence of Const 1963, art 7, § 29.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2015



Clerk

s1216